IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated, | : : |
| Plaintiff, | : : |
| v. | : Civ. No. 23-3985 |
| | : |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD., | : : : |
| Defendants. | : |

# O R D E R

**AND NOW**, this 28th day of June, 2024, upon consideration of Defendant's Motion for Briefing Schedule on Motion to Compel Arbitration (Doc. No. 40), it is hereby **ORDERED** that:

1. Defendant must file a Motion to Compel Arbitration **no later than** July 12, 2024,

2. Plaintiff must file a response **no later than** July 26, 2024; and

3. Defendant may file a reply **no later than** August 9, 2024.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.