IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, individually and on behalf of all others similarly situated,** : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **SAMSUNG ELECTRONICS AMERICA, INC.** : <br> **and SAMSUNG ELECTRONICS CO., LTD,** : <br> **Defendants.** : | **Civ. No. 23-3985** |

**O R D E R**

**AND NOW**, this 16th day of July, 2025, upon consideration of Plaintiff Jane Doe's Complaint, (Doc. No. 1), Defendants' Motion to Compel Arbitration, (Doc. No. 43), and all related submissions, (Doc. Nos. 44, 48, 51, 54-58), it is hereby **ORDERED** that:

1) The Motion to Compel Arbitration is **GRANTED IN PART**. As described in the accompanying Memorandum, Plaintiff Jane Doe's claims based on the danger arising from her use, and the use by other Class Members, of Samsung Products are subject to arbitration. Those claims are **STAYED** pending further Order of Court.

2) The Motion to Compel Arbitration is otherwise **DENIED**.

                                                       **AND IT IS SO ORDERED.**

                                                       */s/ Paul S. Diamond*
                                                       _____
                                                       Paul S. Diamond, J.