IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br>         Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD,<br>         Defendants. | :<br>:<br>:<br>:<br>: Civ. No. 23-3985<br>:<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 6th day of November 2025, it is hereby **ORDERED** that the Parties provide the Court with a status update **NO LATER THAN** <u>**November 10, 2025 at 12:00 p.m.**</u>

AND IT IS SO ORDERED.

_/s/ Paul S. Diamond_
Paul S. Diamond, J.